Craig S. ADAMS, Appellant,

v.

Sonya A. WARE, Carl Edwards, Respondents.

No. WD 50208.

Missouri Court of Appeals, Western District.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1995.

Application to Transfer Denied July 25, 1995.

Craig S. Adams, Jefferson City, pro se.

Sonya Ware, Independence, pro se.

Steven E. Mauer, Kansas City, for respondents.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals the trial court's dismissal of his petition on the grounds of collateral estoppel and failure to state a cause of action.

Judgment affirmed. Rule 84.16(b).